UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAWRENCE A. BEAUMONT,

                Plaintiff,

    v.

NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,

                Defendant.

CASE NO. C12-5694 BHS

ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER

      This matter comes before the Court on Defendant Nationwide Mutual Fire Insurance Company's ("Nationwide") motion to modify the case scheduling order (Dkt. 28) and Plaintiff Lawrence A. Beaumont ("Beaumont") partial objection thereto (Dkt. 31).. The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file and hereby grants the motion for the reasons stated herein.

      Due largely to a need for further discovery, time to schedule mediation, and uncertainty regarding whether Beaumont will retain his current counsel, Nationwide requests a five-month extension of all scheduling deadlines. Dkt. 28 at 1-2.

      Beaumont does not oppose modification of the scheduling order, excepting the dispositive motions deadline. Dkt. 31 at 1-2. Beaumont argues that the deadline for filing

dispositive motions was November 27, 2013; however, Nationwide failed to file one and "dr[ug] its feet," belatedly providing its discovery responses. *Id*. at 4 and 5. Beaumont maintains that Nationwide should not get a "'second bite' at the dispositive motions 'apple.'" *Id*. at 5.

Nationwide argues that its ability to file a dispositive motion was dependent on discovery in part regarding alleged Secrete Service, FBI, TSA and Homeland Security clearances as well as certain medical documentation that Beaumont had not provided by November 27, 2013. Dkt. 33 at 2-3. Therefore, according to Nationwide, good cause exists to extend the dispositive motions deadline. Dkt. 33.

From the record, it appears that at least some discovery was not timely provided by both sides. Given the nature of this case and the information sought by Nationwide regarding Beaumont's security clearances and medical condition that had not been provided by November 27, 2013, considering the utility of dispositive motion practice as well as the parties' agreement that good cause exists to extend all other dates, including trial, the Court finds that good cause exists to extend the dispositive motions deadline as well as the other deadlines.

Therefore, it is hereby **ORDERED** that Nationwide's motion is granted. Trial will be set for September 16, 2014. The Clerk will issue a revised scheduling order.

Dated this 30th day of December, 2013.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2